# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:21-cv-00671 <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Katrina G. Eash is entering her appearance in the above-captioned action as counsel for Defendant Wells Fargo Bank, N.A.

> Katrina G. Eash
> Texas State Bar No. 24074636
> **WINSTON & STRAWN LLP**
> 2121 N. Pearl Street, Suite 900
> Dallas, TX 75201
> Telephone: (214) 453-6500
> Facsimile: (214) 453-6400
> Email: KEash@winston.com

Ms. Eash respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Date: September 13, 2021

> Respectfully submitted,
>
> /s/ *Katrina G. Eash*
> Katrina G. Eash
> State Bar No. 24074636

**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone:  (214) 453-6500
Facsimile:   (214) 453-6400
Email: KEash@winston.com

**Attorneys for Defendant
WELLS FARGO BANK, N.A.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on September 13, 2021, which provides notification of same on all counsel who are deemed to have consented to electronic service.

                                        /s/ *Katrina G. Eash*
                                        Katrina G. Eash