UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:21-cv-00671

Name of party requesting extension: Wells Fargo Bank, N.A.

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/30/2021

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/20/21   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Katrina G. Eash
State Bar No.: 24074636
Firm Name: Winston & Strawn LLP
Address: 2121 N. Pearl Street
Suite 900
Dallas, TX  75201
Phone: (214) 453-6500
Fax: (412) 453-6400
Email: KEash@winston.com

A certificate of conference does not need to be filed with this unopposed application.