UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:21-cv-00671-ALM <br><br> JURY TRIAL DEMANDED |

## DEFENDANT WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo Bank, N.A. hereby makes the following corporate disclosure statement:

Wells Fargo Bank, N.A. discloses that Wells Fargo & Company is a publicly held corporation which directly and indirectly owns 100% of the stock of Defendant Wells Fargo Bank, N.A. Wells Fargo & Company has no parent corporation and no publicly held corporation owns 10% or more of Wells Fargo & Company's stock.

Date: October 20, 2021

Respectfully submitted,

 /s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Katrina G. Eash
State Bar No. 24074636
KEash@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

E. Danielle T. Williams
North Carolina Bar No. 23283
**WINSTON & STRAWN LLP**
300 S. Tryon Street, 16th floor
Charlotte, NC  28202
Telephone: (704) 350-7790
Facsimile: (704) 350-7800
dwilliams@winston.com

***ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A.***

-3-

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 20, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

      /s/ E. Danielle T. Williams
E. Danielle T. Williams