# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:21-cv-00671 <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Unopposed Motion for an Extension of Time to File a Motion to Transfer Venue (Dkt. #24). After considering Defendant Wells Fargo's Motion, the request is **GRANTED**. Wells Fargo will have up to and including January 19, 2022, to file a motion to transfer venue.

IT IS SO ORDERED.

SIGNED this 14th day of December, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE