IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-00671-ALM |
| v. | § § | JURY TRIAL DEMANDED |
| WELLS FARGO BANK, N.A., | § § | |
| *Defendant.* | § § § | |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RULE 26(f) JOINT REPORT

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively "Wapp") move for permission to extend the deadline to file the Joint Report regarding the Rule 26(f) attorney conferences from December 16, 2021, to December 23, 2021.

The Court entered an Order Governing Proceedings on November 4, 2021, requiring that Joint Rule 26(f) Reports be filed no later than 14 days after the parties' Rule 26(f) conference. The parties held that conference on December 2, 2021, thereby making the Rule 26(f) report due on December 16, 2021.

The parties have made substantial progress on the Rule 26(f) issues and proposed modifications to the case schedule. However, the parties would benefit from additional time to further narrow the disputed issues and prepare the Rule 26(f) report. Also, the parties in this case are coordinating Rule 26(f) issues with Wapp's case against Bank of America, Case No. 4:21-cv-00670, and additional time would benefit the preparation of the Rule 26(f) report in that case. This motion is unopposed.

A Proposed Order to that effect is filed herewith.

Dated: December 16, 2021

Respectfully submitted,

*/s/ Kyung (Drew) Kim*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Kyung (Drew) Kim
Texas Bar No. 24007482
dkim@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net

Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 15 and December 16, 2021, counsel for Plaintiff conferred via e-mail with counsel for the Defendant regarding the Motion. Based on that conference, the relief requested herein is unopposed.

/s/ *Kyung "Drew" Kim*
Kyung "Drew" Kim

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on December 16, 2021. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Kyung "Drew" Kim*
Kyung "Drew" Kim
