

North America   Europe   Asia

300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
T +1 704 350 7700
F +1 704 350 7800

**DANIELLE WILLIAMS**
Managing Partner, Charlotte
D +1 (704) 350-7790
DWilliams@winston.com

December 23, 2021

**[Via ECF and Email: Terri_Scott@txed.uscourts.gov]**

The Honorable Amos L. Mazzant, III
U. S. District Judge, Eastern District of Texas
Paul Brown United States Courthouse
101 E. Pecan Street
Sherman, Texas 75090

      Re:   *Wapp Tech Corp et al. vs. Wells Fargo Bank, N.A. & Bank of America*
             Case Nos. 4:21-cv-00671 and 4:21-cv-00670

Dear Judge Mazzant:

The Case Management Conference in the above-referenced cases is currently scheduled for January 6, 2022 at 2:00 p.m.  Plaintiffs, Wells Fargo Bank, N.A., and Bank of America have narrowed their Rule 26(f) disputes to the following two issues for the Court's resolution: (1) the number of extra pages for Wells Fargo's and Bank of America's consolidated responsive claim construction brief; and (2) whether Wells Fargo and Bank of America should be permitted to file a sur-reply claim construction brief given the circumstances of this case.  The Parties' brief arguments as to these issues are contained within the Parties' Joint Rule 26(f) Conference Report [ECF Nos. 29 & 34], which was filed concurrently herewith.

Should the Court prefer to resolve these narrow issues via a remote hearing, all Parties are amenable to a remote hearing on January 6, 2022 as scheduled or at another time convenient for the Court.

Sincerely,

*/s/ Danielle Williams*

Danielle Williams

DW/ak