# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § *Plaintiffs,* § § v. § § WELLS FARGO BANK, N.A., § § *Defendant.* § § | Case No. 4:21-cv-00671-ALM  JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiffs, Wapp Tech Limited Partnership and Wapp Tech Corp.: Weining Bai, State Bar No. 24101477, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, and (713) 655-0062 (Facsimile). Mr. Bai is currently admitted to practice in the Eastern District of Texas.

| | |
|---|---|
| Dated:  January 24, 2022 | Respectfully submitted, |

          /s/ *Weining Bai*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Kyung (Drew) Kim
Texas Bar No. 24007482
dkim@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002

        Telephone: (713) 221-2000
        Facsimile: (713) 221-2021

        J. Michael Young
        SBN 00786465
        myoung@somlaw.net
        Roger D. Sanders
        SBN 17604700
        rsanders@somlaw.net
        SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
        111 South Travis Street
        Sherman, Texas 75090
        (903) 892-9133
        (903) 892-4302 (fax)

        **ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on January 24, 2022. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

        */s/ Weining Bai*
        Weining Bai