IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> *Plaintiffs,* <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> *Defendant.* | § § § § § § § § § § § § § <br><br> Case No. 4:21-cv-00671-ALM <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY KYUNG (DREW) KIM

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp" or "Plaintiffs") move the Court for an Order withdrawing attorney Kyung (Drew) Kim, as counsel of record for Wapp and removing his name from the list of persons authorized to receive electronic notices in this case. Mr. Kim is no longer with the firm of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. All other attorneys of record for Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. will continue as counsel for Wapp.

1

Dated: February 9, 2022                                   Respectfully submitted,

/s/ *Amir Alavi*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs conferred by email for counsel for Defendant and that Defendant does not oppose this motion.

  /s/ Masood Anjom
Masood Anjom

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on February 9, 2022. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

  /s/ Amir Alavi
Amir Alavi

s