# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| Plaintiffs, | § § | Case No. 4:21-cv-00671-ALM |
| v. | § § | Jury Trial Demanded |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY KYUNG (DREW) KIM

Having considered Wapp's Unopposed Motion for Withdrawal of Attorney Kyung (Drew) Kim, as Counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp., the Court finds that the Motion is GRANTED.

Accordingly, this Court hereby ORDERS that Kyung (Drew) Kim is withdrawn as counsel of record for Wapp and electronic notifications to Mr. Kim are to be terminated.