# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-00671-ALM |
| v. | § § | JURY TRIAL DEMANDED |
| WELLS FARGO BANK, N.A., | § § § | |
| *Defendant.* | § § § | |

**DEFENDANT WELLS FARGO BANK, N.A.'S
NOTICE OF COMPLIANCE AS TO MANDATORY DISCLOSURES**

Pursuant to the Court's Order Governing Proceedings (Dkt. 22) and the Patent Scheduling Order (Dkt. 33), Defendant Wells Fargo Bank, N.A. hereby files this notice to show that it submitted their mandatory disclosures on February 24, 2022.

Dated:   February 25, 2022

Respectfully submitted,

 /s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Katrina G. Eash
State Bar No. 24074636
KEash@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

E. Danielle T. Williams
North Carolina Bar No. 23283
**WINSTON & STRAWN LLP**
300 S. Tryon Street, 16th Floor
Charlotte, NC  28202
Phone: (704) 350-7790
Fax: (704) 350-7800
dwilliams@winston.com

***ATTORNEYS FOR DEFENDANT,
WELLS FARGO BANK, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of February 2022 with a copy of this document via the Court's CM/ECF system.

Dated:  February 25, 2022

*/s/Katrina G. Eash*
Katrina G. Eash