# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **WAPP TECH LIMITED PARTNERSHIP** and **WAPP TECH CORP.**, | ) ) ) ) |
| Plaintiffs, | ) Case No. 4:21-cv-00671-ALM ) |
| v. | ) JURY TRIAL DEMANDED ) |
| **WELLS FARGO BANK, N.A.**, | ) ) ) |
| Defendant. | ) |

## DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF COMPLIANCE AS TO IDENTIFICATION OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE

Pursuant to the Docket Control Order and P.R. 4-2, Defendant Wells Fargo Bank, N.A. hereby files this notice to show that it served its identification of preliminary claim constructions and extrinsic evidence via email on March 10, 2022.

Dated: March 10, 2022

Respectfully submitted,

 /s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Katrina G. Eash
State Bar No. 24074636
KEash@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

E. Danielle T. Williams
North Carolina Bar No. 23283
**WINSTON & STRAWN LLP**
300 S. Tryon Street, 16th Floor

Charlotte, NC  28202
Phone: (704) 350-7790
Fax: (704) 350-7800
dwilliams@winston.com

***ATTORNEYS FOR DEFENDANT,
WELLS FARGO BANK, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of March 2022 with a copy of this document via email.

Dated:  March 10, 2022                     */s/Katrina G. Eash*
                                           Katrina G. Eash