IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-00671-ALM |
| v. | § § | Jury Trial Demanded |
| WELLS FARGO BANK, N.A., | § § § | |
| *Defendant.* | § § § | |

**JOINT NOTICE OF FILING JOINT LETTER
STATING NO DISPUTES AS TO CLAIMS OF PRIVILEGE**

TO THE HONORABLE AMOS L. MAZZANT, III:

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively "Wapp") files this Joint Notice of Filing Joint Letter Stating No Disputes as to Claims of Privilege pursuant to the Court's Scheduling Order (Dkt. 33 at 1).

1. The Court's January 13, 2022, Scheduling Order requires the Parties to exchange privilege logs or provide a letter to the Court stating that there are no disputes as to claims of privileged documents by March 15, 2022.

2. Attached hereto as Exhibit A is a Joint Letter from the Parties to the Court stating that there are no disputes as to claims of privileged documents in this matter.

Dated: March 14, 2022 Respectfully submitted,

  /s/ *Amir Alavi*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**


/s/ Thomas M. Melsheimer
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Katrina G. Eash
Texas Bar No. 24074636
keash@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Elizabeth Danielle T. Williams
North Carolina Bar No. 23283
dwilliams@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7790
Facsimile: (704) 350-7800

***Attorneys for Wells Fargo Bank, N.A.***

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 14, 2022.

                                    */s/ Amir Alavi*
                                    Amir Alavi