# Exhibit A



March 14, 2022

**VIA EMAIL**

The Honorable Amos L. Mazzant, III
United States District Court, Eastern District of Texas
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, TX 75090

      Re:   Case No. 4:21-cv-00671; *Wapp Tech Limited Partnership and Wapp Tech Corp. v. Wells Fargo Bank, N.A.*; In the United States District Court for the Eastern District of Texas, Sherman Division.

Honorable Judge Mazzant,

      Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively "Wapp") and Defendant Wells Fargo Bank, N.A. jointly file this letter to the Court pursuant to the Court's January 13, 2022, Scheduling Order (Dkt. 33 at 1) to state that there are no disputes as to claims of privileged documents in the above referenced matter, and no privilege logs have been exchanged or necessitated.

The Honorable Amos L. Mazzant, III
March 14, 2022
Page 2

Dated:  March 14, 2022

Respectfully submitted,

 */s/ Amir Alavi*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002

The Honorable Amos L. Mazzant, III
March 14, 2022
Page 3

    Telephone: (713) 221-2000
    Facsimile: (713) 221-2021

    J. Michael Young
    SBN 00786465
    myoung@somlaw.net
    Roger D. Sanders
    SBN 17604700
    rsanders@somlaw.net
    SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
    111 South Travis Street
    Sherman, Texas 75090
    (903) 892-9133
    (903) 892-4302 (fax)

    **ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

    /s/ Thomas M. Melsheimer
    Thomas M. Melsheimer
    Texas Bar No. 13922550
    tmelsheimer@winston.com
    Katrina G. Eash
    Texas Bar No. 24074636
    keash@winston.com
    WINSTON & STRAWN LLP
    2121 N. Pearl Street, Suite 900
    Dallas, Texas 75201
    Telephone: (214) 453-6500
    Facsimile:  (214) 453-6400

    Elizabeth Danielle T. Williams
    North Carolina Bar No. 23283
    dwilliams@winston.com
    WINSTON & STRAWN LLP
    300 South Tryon Street, 16th Floor
    Charlotte, NC 28202
    Telephone: (704) 350-7790

The Honorable Amos L. Mazzant, III
March 14, 2022
Page 4

Facsimile:  (704) 350-7800

***Attorneys for Wells Fargo Bank, N.A.***