UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:21-cv-00671-ALM <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew R. McCullough, is entering his appearance in the above-captioned action as counsel for Defendant Wells Fargo Bank, N.A.

> Matthew R. McCullough
> California State Bar No. 301330
> **WINSTON & STRAWN LLP**
> 255 Shoreline Drive, Suite 520
> Redwood City, CA 94065
> Telephone: (650) 858-6453
> Facsimile: (650) 858-6550
> Email: MRMcCullough@winston.com

Mr. McCullough respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Date: March 15, 2022

Respectfully submitted,

/s/ *Matthew R. McCullough*
Matthew R. McCullough
California State Bar No. 301330
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520

Redwood City, CA 94065
Telephone: (650) 858-6453
Facsimile: (650) 858-6550
Email: MRMcCullough@winston.com

***Attorneys for Defendant***
***WELLS FARGO BANK, N.A.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on March 15, 2022, which provides notification of same on all counsel who are deemed to have consented to electronic service.

                                               /s/ *Matthew R. McCullough*
                                               Matthew R. McCullough