UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:21-cv-00671-ALM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, William G. Fox, Jr., is entering his appearance in the above-captioned action as counsel for Defendant Wells Fargo Bank, N.A.

>William G. Fox, Jr.
>Texas State Bar No. 24101766
>**WINSTON & STRAWN LLP**
>2121 N. Pearl St., Suite 900
>Dallas, TX 75201-2494
>Telephone: (214) 453-6417
>Facsimile: (214) 453-6400
>Email: WFox@winston.com

Mr. Fox respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Date: March 15, 2022

Respectfully submitted,

/s/ *William G. Fox, Jr.*
William G. Fox, Jr.
Texas State Bar No. 24101766
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201-2494
Telephone: (214) 453-6417

Facsimile: (214) 453-6400
Email: WFox@winston.com

***Attorneys for Defendant***
***WELLS FARGO BANK, N.A.***

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on March 15, 2022, which provides notification of same on all counsel who are deemed to have consented to electronic service.

                                  /s/ *William G. Fox, Jr.*
                                  William G. Fox, Jr.