## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:21-cv-00671-ALM <br><br> JURY TRIAL DEMANDED |

### DEFENDANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL

COMES NOW, Defendant Wells Fargo Bank, N.A. ("Wells Fargo), and hereby notifies the Court and all parties of record that E. Danielle T. Williams, Winston & Strawn LLP, 300 South Tryon Street, 16th Floor, Charlotte, NC 28202 is designated as lead counsel for Wells Fargo in the above-captioned case.

Dated:  March 31, 2022

Respectfully submitted,

/s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Katrina G. Eash
State Bar No. 24074636
KEash@winston.com
William Fox
State Bar No. 24101766
wfox@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

E. Danielle T. Williams

North Carolina Bar No. 23283
dwilliams@winston.com
**WINSTON & STRAWN LLP**
300 S. Tryon Street, 16th Floor
Charlotte, NC  28202
Phone: (704) 350-7790
Fax: (704) 350-7800

Matthew R. McCullough
California State Bar No. 301330
RMcCullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6453
Facsimile: (650) 858-6550

*ATTORNEYS FOR DEFENDANT,*
*WELLS FARGO BANK, N.A.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on March 31, 2022, which provides notification of same on all counsel who are deemed to have consented to electronic service.

                                          /s/ *E. Danielle T. Williams*
                                          E. Danielle T. Williams