# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> *Plaintiffs,* <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> *Defendants.* | Case No. 4:21-cv-00671 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY DEFENSE REGARDING THE '192, '678, AND '864 PATENTS

On this day, the Court considered the Motion for Partial Summary Judgment on Invalidity Defense regarding the '192, '678, and '864 Patents filed by Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (the "Motion"). After considering the Motion, the Response filed by the Defendant, Wells Fargo Bank, N.A., the applicable law, the evidence, and the pleadings, the Court has determined that the Motion should be granted. Wells Fargo's invalidity defense is barred by issue preclusion and judicial estoppel.

It is SO ORDERED.