# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § | |
| *Plaintiffs,* § § | Case No. 4:21-cv-00671 |
| v. § § | Jury Trial Demanded |
| WELLS FARGO BANK, N.A., § § | |
| *Defendants.* § § § | |

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY DEFENSE REGARDING THE '192, '678, AND '864 PATENTS

On this day, the Court considered the Amended Motion for Partial Summary Judgment on Invalidity Defense regarding the '192, '678, and '864 Patents filed by Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (the "Amended Motion"). After considering the Amended Motion, the Response filed by the Defendant, Wells Fargo Bank, N.A., the applicable law, the evidence, and the pleadings, the Court has determined that the Amended Motion should be granted. Wells Fargo's invalidity defense is barred by issue preclusion and judicial estoppel.

It is SO ORDERED.