## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

WAPP TECH LIMITED PARTNERSHIP
AND WAPP TECH CORP.,

              Plaintiffs,

    v.

WELLS FARGO BANK, N.A.,

              Defendant.

Case No. 4:21-cv-00671-ALM

## PARTIES' JOINT MOTION FOR
## EXTENSION OF TIME TO RESPOND AND REPLY TO
## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") and Plaintiffs Wapp

Tech Limited Partnership and Wapp Tech Corp. ("Wapp" or "Plaintiffs") respectfully request that

the Court extend the deadline to file (1) Wells Fargo's Response to Amended Motion for Partial

Summary Judgment on Invalidity Defense Regarding the '192, '678 and '864 Patents ("Motion

for Partial Summary Judgment") (Dkt. 47); and (2) Plaintiffs' reply to same.

    1.     The current deadline for Wells Fargo to respond to the Motion for Partial Summary

Judgment is April 27, 2022.

    2.     Wells Fargo seeks an extension to file their response on April 29, 2022.

    3.     The current deadline for Plaintiffs to reply to the Motion for Partial Summary

Judgment is May 4, 2022, or May 6, 2022 with Wells Fargo's requested extension.

    4.     Plaintiffs are seeking an extension to file their reply on May 10, 2022.

    5.     This extension is not being sought for the purposes of delay, but to allow Wells

Fargo and Plaintiffs time to meaningfully brief Plaintiffs' Motion for Partial Summary Judgment.

This is the first extension sought.

6.      The Parties have conferred and the relief requested is unopposed.

## RELIEF REQUESTED

Accordingly, Wells Fargo respectfully requests that this Court grant this Motion and Extend the deadline to file Wells Fargo's response to Wapp's Motion for Partial Summary Judgment to April 29, 2022 and for Wapp to file its reply to May 10, 2022.

Dated: April 25, 2022                                Respectfully submitted,

/s/ *Scott W. Clark*                                  /s/ *Katrina G. Eash*
Scott W. Clark                                        Thomas M. Melsheimer
Texas Bar No. 24007003                                Texas State Bar No. 13922550
sclark@azalaw.com                                     TMelsheimer@winston.com
Brian E. Simmons                                      Katrina G. Eash
Texas Bar No. 24004922                                Texas State Bar No. 24074636
bsimmons@azalaw.com                                   KEash@winston.com
Justin Chen                                           WINSTON & STRAWN LLP
Texas Bar No. 24074024                                2121 N. Pearl Street, Suite 900
jchen@azalaw.com                                      Telephone: (214) 453-6500
Kyung (Drew) Kim                                      Facsimile: (214) 453-6400
Texas Bar No. 24007482
dkim@azalaw.com                                       Elizabeth Danielle T. Williams
Masood Anjom                                          North Carolina State Bar No. 23283
Texas Bar No. 24055107                                DWilliams@winston.com
manjom@ azalaw.com                                    WINSTON & STRAWN LLP
AHMAD, ZAVITSANOS &                                   300 South Tryon Street, 16th Floor
MENSING P.C.                                          Charlotte, NC 28202
1221 McKinney Street, Suite 2500                      Telephone: (704) 350-7790
Houston, TX 77010                                     Facsimile: (704) 350-7800
Telephone: 713-655-1101
Facsimile: 713-655-0062                               **Attorneys for Defendant**
                                                      **WELLS FARGO BANK, N.A.**

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097

climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG &
GALLARDO,
PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS
WAPP TECH LIMITED
PARTNERSHIP AND WAPP TECH
CORP.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on April 25, 2022, which provided notification of same on all counsel who are deemed to have consented to electronic service.

*/s/ Katrina G. Eash*
Katrina G. Eash
