UN **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> *Plaintiffs*, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> *Defendant*. | Case No. 4:21-cv-00671-ALM <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING PARTIES' JOINT MOTION FOR
EXTENSION OF TIME TO RESPOND AND REPLY TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pending before the Court is the Parties' Joint Motion for Extension of Time to Respond and Reply to Plaintiffs' Motion for Partial Summary Judgment (Dkt. #49). Having considered the motion, the Court finds it should be **GRANTED**.

**It is therefore ORDERED** that Defendant will have until April 29, 2022 to file its Response and Plaintiffs will have until May 10, 2022 to file their Reply.

IT IS SO ORDERED.

SIGNED this 26th day of April, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE