# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § | |
| *Plaintiffs,* § | Case No. 4:21-cv-00671-ALM |
| § | |
| v. § | |
| § | Jury Trial Demanded |
| WELLS FARGO BANK, N.A., § § | |
| *Defendant.* § § | |

## NOTICE OF FIRM NAME CHANGE

Please take notice that the law firm of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC has changed its name to Ahmad, Zavitsanos & Mensing, PC, effective immediately. The office address, telephone number, facsimile number and email addresses have not changed.

Dated: May 4, 2022

Respectfully submitted,

*/s/ Scott W. Clark*
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
Jason McManis

Texas Bar No. 24088032
jmcmanis@azalaw.com
**AHMAD, ZAVITSANOS & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on May 4, 2022. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                           /s/ *Scott W. Clark*
                                           Scott W. Clark