# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.<br><br>v.<br><br>BANK OF AMERICA, N.A. | §<br>§<br>§ CIVIL ACTION NO. 4:21-CV-670<br>§ (Judge Mazzant)<br>§<br>§<br>§ |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.<br><br>v.<br><br>WELLS FARGO BANK, N.A. | §<br>§<br>§ CIVIL ACTION NO. 4:21-CV-671<br>§ (Judge Mazzant)<br>§<br>§<br>§ |

## ORDER

On July 14, 2022, the Court-appointed technical advisor, David Keyzer, submitted to the Court his statement for services rendered in this matter, in the amount of $21,260.30.  The Court has reviewed Mr. Keyzer's statement and finds that the fees requested are reasonable and necessary.

Accordingly, the Court hereby **ORDERS** the parties to appropriately divide and pay $21,260.30 to the Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762 US [Invoice #1317; Matter ID 10003-10039] within thirty (30) days from the entry of this Order.

    IT IS SO ORDERED.

    SIGNED this 14th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE