# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A <br><br> Defendant. | Civil Action No. 4:21-cv-00671-ALM <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp Tech"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (the "Parties"), hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement between Wapp Tech and Wells Fargo.

On September 19, 2022, the Parties reached a resolution in principle and are in the process of documenting the resolution. The Parties anticipate submitting final dismissal papers by early November, at the latest. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings between Wapp Tech and Wells Fargo, including all pending discovery and deadlines between the Parties, until November 18, 2022.

The Parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

Wherefore, the Parties respectfully request that the Court enter the proposed order submitted with this joint motion.

| | |
|---|---|
| Dated: September 20, 2022 | Respectfully submitted,<br>*/s/ Christopher K. Larus*<br>Leslie V. Payne<br>State Bar No. 0784736<br>lpayne@hpcllp.com<br>R. Allan Bullwinkel<br>State Bar No. 24064327<br>abullwinkel@hpcllp.com<br>Alden G. Harris<br>State Bar No. 24083138<br>aharris@hpcllp.com<br>Christopher L. Limbacher<br>State Bar No. 24102097<br>climbacher@hpcllp.com<br>**HEIM PAYNE & CHORUSH, LLP**<br>1111 Bagby St., Suite 2100<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>Christopher K. Larus (pro hac vice)<br>MN Bar No. 0226828<br>Email: clarus@robinskaplan.com<br>John K. Harting (pro hac vice)<br>MN Bar No. 0392234<br>Email: jharting@robinskaplan.com<br>Benjamen C. Linden (pro hac vice)<br>MN Bar No. 0393232<br>Email: blinden@robinskaplan.com<br>Emily J. Tremblay (pro hac vice)<br>MN Bar. No. 0395003<br>etremblay@robinskaplan.com<br>Rajin S. Olson (pro hac vice)<br>MN Bar No. 0398489<br>Email: rolson@robinskaplan.com<br>Ellen K. Levish (pro hac vice to be submitted)<br>MN Bar No. 0400878<br>Email: elevish@robinskaplan.com<br>**ROBINS KAPLAN LLP**<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181 |

**FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.**

*/s/ Danielle T. Williams*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Katrina G. Eash
Texas Bar No. 24074636
keash@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Elizabeth Danielle T. Williams
North Carolina Bar No. 23283
dwilliams@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7790
Facsimile: (704) 350-7800

***ATTORNEYS FOR DEFENDANT, WELLS FARGO BANK, N.A.***

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of September, 2022.

*/s/Christopher K. Larus*
Christopher K. Larus

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A <br><br> Defendant. | Civil Action No. 4:21-cv-00671-ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp Tech") and Defendant Wells Fargo Bank, N.A., ("Wells Fargo"). Based on the motion, the grounds set forth therein, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be GRANTED.

It is therefore ORDERED that all proceedings in this case between Wapp Tech and Wells Fargo, including all pending deadlines between the parties are stayed until November 18, 2022.